

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00628-CR

**EX PARTE** Jose **ANTONIO-SANTIAGO**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000720L1
Honorable Leticia Martinez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we WITHDRAW our August 30, 2023 opinion and judgment in this case. The trial court's order denying habeas relief is REVERSED, and this cause is REMANDED TO THE TRIAL COURT WITH INSTRUCTIONS to discharge Jose Antonio-Santiago from bail and dismiss the information in the underlying proceeding with prejudice.

We DENY the State's motion for rehearing.

SIGNED December 27, 2023.

Beth Watkins, Justice

---

[1]The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.